UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS GARCIA-GUZMAN,

    Petitioner,

    v.

A. NEIL CLARK,

    Respondent.

Case No. C09-1777RSL

ORDER TO SHOW CAUSE

    On April 12, 2010, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on April 19, 2010, as petitioner apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for July 2, 2010. If petitioner fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

    DATED this 26th day of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE